Frederick S. Oliver, trading as Oliver & Company,· appellee, v. Inland Printer Company, appellant. Gen. No. 26,084.

Action for commissions for procuring a tenant for defendant's building. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed November 2, 1921.

Elmer W. Adkinson, for appellant. Pearson, Herrick & Vette, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

# FOURTH DISTRICT.

---

First National Bank of Newton, Illinois, appellee, v. Catherine E. Hayes and Leona Worthy, appellants.

Bill in aid of execution on judgment by confession. Decree for plaintiff. Appeal from the Circuit Court of Jasper county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 8, 1921.

Albert E. Isley, for appellants. Fithian & Kasserman, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

William Blasdel, defendant .in error, v. Cache River Drainage District, plaintiff in error.

Assumpsit for lands taken for drainage purposes. Judgment for plaintiff. Error.to the Circuit Court of Pulaski county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed July 8, 1921.

Courtney, Helm & Helm, for plaintiff in error. C. S. Miller and Wall & Martin, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.